| | |
|---|---|
| David J. Bodney (006065) | Jared G. Keenan (027068) |
| bodneyd@ballardspahr.com | Benjamin L. Rundall (031661) |
| Matthew E. Kelley (037353) | K. M. Bell (037611) |
| kelleym@ballardspahr.com | American Civil Liberties Union Foundation of Arizona |
| Kennison Lay (037098) | 3707 North 7th Street, Suite 235 |
| layk@ballardspahr.com | Phoenix, AZ 85014 |
| BALLARD SPAHR LLP | Telephone: (602) 650-1854 |
| 1 East Washington Street, Suite 2300 | jkeenana@acluaz.org |
| Phoenix, AZ 85004-2555 | brundall@acluaz.org |
| Telephone:   602.798.5400 | kmbell@acluaz.org |
| Facsimile:   602.798.5595 | |

*Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV, a division of Multimedia Holdings Corp.; NBCUniversal Media, LLC; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc., d/b/a KGUN-TV and KNXV-TV; and States Newsroom/Arizona Mirror*

Esha Bhandari (*pro hac vice* application forthcoming)
Vera Eidelman (*pro hac vice* application forthcoming)
Shreya Tewari (*pro hac vice* application forthcoming)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
ebhandari@aclu.org
veidelman@aclu.org
stewari@aclu.org

*Attorneys for Plaintiff ACLU of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

| | |
|---|---|
| Arizona Broadcasters Association, an Arizona nonprofit corporation; American Civil Liberties Union of Arizona, an Arizona nonprofit corporation; Arizona Newspapers Association, an Arizona nonprofit corporation; Fox Television Stations, LLC, a Delaware limited liability company; Gray Media Group, Inc., a Delaware corporation, d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV, a division of Multimedia Holdings Corp., a South Carolina corporation; NBCUniversal Media, LLC, a Delaware limited liability company; National Press Photographers Association, a New York nonprofit corporation; Phoenix Newspapers, Inc., an Arizona corporation; Scripps Media, Inc., an Ohio corporation, d/b/a/ KGUN-TV and d/b/a KNXV-TV; and States Newsroom/Arizona Mirror, a District of Columbia nonprofit corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Brnovich, in his official capacity as Attorney General for the State of Arizona; Rachel Mitchell, in her official capacity as Maricopa County Attorney; and Paul Penzone, in his official capacity as Maricopa County Sheriff;<br><br>Defendants. | Case No.:<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION EXCEEDING PAGE LIMIT** |

Pursuant to LRCiv 7.2, Plaintiffs respectfully request leave to file a Motion for Preliminary Injunction and Memorandum in Support that exceeds the page limit in LRCiv 7.2(b) by six pages, for a total length of 23 pages. Because this lawsuit is a facial constitutional challenge to a state criminal statute that has not gone into effect, Plaintiffs respectfully request the additional pages to fully discuss the multiple constitutional

deficiencies of the statute.

Accordingly, Plaintiffs respectfully request that this Court enter an order granting them leave to file a Motion for Preliminary Injunction and Memorandum in Support that totals no more than 23 pages of text. A proposed order is attached.

DATED this 23rd day of August, 2022.

BALLARD SPAHR LLP

By:   /s/ Matthew E. Kelley
     David J. Bodney
     Matthew E. Kelley
     Kennison Lay
     1 East Washington Street, Suite 2300
     Phoenix, AZ 85004-2555
     *Attorneys for Plaintiffs [INSERT]*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA

By:   /s/ Jared G. Keenan
     K. M. Bell
     Benjamin Rundall
     Jared G. Keenan
     3707 North 7th Street, Suite 235
     Phoenix, AZ 85014

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

     Esha Bhandari*
     Vera Eidelman*
     Shreya Tewari*
     American Civil Liberties Union Foundation
     125 Broad Street, 18th Floor
     New York, NY 10004
     * *pro hac vice* application forthcoming

     *Attorneys for Plaintiff American Civil Liberties Union Foundation of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2022, copies of the attached Motion for Leave to File Motion Exceeding Page Limit and the proposed order, were served on Defendants via personal service, as follows:

Attorney General Mark Brnovich
Office of the Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004

Maricopa County Clerk of the Board of Supervisors
301 West Jefferson Street, #10
Phoenix, AZ 85003

Maricopa County Attorney Rachel Mitchell
Office of the Maricopa County Attorney
225 West Madison Street
Phoenix, AZ 85003

Maricopa County Sheriff Paul Penzone
Office of the Maricopa County Sheriff
550 West Jackson Street
Phoenix, AZ 85003

*/s/ Matthew E. Kelley*
Matthew E. Kelley