UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Brnovich, in his official capacity as Attorney General for the State of Arizona, et al.;<br><br>Defendants. | Case No.: _____<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE MOTION EXCEEDING PAGE LIMIT** |

Having reviewed Plaintiffs' Motion for Leave to File Motion Exceeding Page Limit, and good cause therefor having been shown, the Court hereby ORDERS that the motion is GRANTED. Plaintiffs may file a Motion for Preliminary Injunction and Memorandum in Support totaling no more than 23 pages of text.

SO ORDERED.

DATED this _____ day of _____, 2022.

_____
United States District Judge