UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Arizona Broadcasters Association, et al.; | Case No.: _____ |
|---|---|
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER SETTING EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| Mark Brnovich, in his official capacity as Attorney General for the State of Arizona, et al.; | |
| Defendants. | |

Having reviewed Plaintiffs' request for an expedited hearing on their Motion for Preliminary Injunction and any response thereto, the Court hereby ORDERS that the request is GRANTED.

The Court sets Plaintiff's Motion for Preliminary Injunction for a hearing at _____ on _____, 2022, and sets the briefing schedule as follows: Defendants' opposition to the Motion is due on _____, 2022, and Plaintiffs' reply is due on _____, 2022.

SO ORDERED.

DATED this _____ day of _____, 2022.

_____
United States District Judge