| | |
|---|---|
| 1 | Name     Matthew E. Kelley |
| 2 | Bar #     037353 |
|   | Firm     Ballard Spahr LLP |
| 3 | Address     1 East Washington St. |
| 4 | Suite 2300 |
| 5 | Phoenix, AZ 85004 |
|   | Telephone     602-798-5400 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Arizona Broadcasters Association, et al.

         Plaintiff,

         vs.

Mark Brnovich, in his official capacity as Attorney General of Arizona, et al.

         Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Gray Media Group, Inc. in compliance with the provisions of: *(check one)*

[✔] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

Gray Television, Inc._____ Relationship Subsidiary_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☐ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 23rd day of August, 2022.

/s/ Matthew E. Kelley
_____
Counsel of Record

Certificate of Service:

- 2 -