MARK BRNOVICH
ATTORNEY GENERAL
Brunn W. Roysden III (State Bar No. 28698)
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-8958
Beau.Roysden@azag.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| *Arizona Broadcasters Association, et al.*, Plaintiff, v. *Mark Brnovich, et al.*, Defendants. | Case No: CV-22-01431-PHX-JJT **NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Defendant Mark Brnovich, in his official capacity as Attorney General for the State of Arizona (the "Attorney General"), hereby files this Notice of Non-Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 24).

This case is a pre-enforcement challenge to House Bill 2319 ("HB2319"), which was enacted by the Arizona Legislature in its 2022 regular session.  *See* 2022 Ariz. Sess. Laws ch. 376 (2d Reg. Sess.), https://www.azleg.gov/legtext/55Leg/2R/laws/0376.pdf. HB2319 adds a new § 13-3732 to the Arizona Revised Statutes, tilted "Unlawful video recording of law enforcement activity; classification; definition."  Subsection A defines certain unlawful conduct, which subsection D provides is a class 3 misdemeanor.  This law will become effective on September 24, 2022.[1]

Plaintiffs' Complaint (Dkt. 1) contains only the most bare-bones allegations against the Attorney General.  It alleges that he is the "chief law enforcement officer of

---

[1] *See* https://www.azleg.gov/general-effective-dates/

the State of Arizona."  Complaint ¶18 (citing A.R.S. § 41-192(A)).  It also says that "[b]y virtue of this position, Mr. Brnovich has the authority to enforce all of the laws of the State of Arizona, including HB2319."  *Id.*  Plaintiffs' Motion for Preliminary Injunction and the supporting declarations make no mention of the Attorney General.  *See generally* Dkt. 24 through 24-5.

The Attorney General's powers and duties are those that are set forth by statute. Plaintiffs have come nowhere close to establishing that there is any sort of threat of enforcement by the Attorney General.  *See, e.g.*, *Gershon v. Broomfield*, 131 Ariz. 507, 508 (1982) ("The Attorney General has no common law powers; whatever powers are possessed by the holder of that office must be found in the Arizona Constitution or in the Arizona statutes."); *Smith v. Superior Ct. In & For Cochise Cnty.*, 101 Ariz. 559, 560 (1967) ("[T]he primary responsibility for prosecuting criminal actions at the trial court level rests with the county attorney …."). Here, the state grand jury statute does not cover misdemeanors such as that created by future § 13-3732.  *See* A.R.S. § 21-422(B)(1)-(7), and it is speculative that the Attorney General would accept a referral of "criminal wrongdoing" under § 21-422(B)(8).

In any event, the Attorney General does not oppose entry of a preliminary injunction in this matter.  The Attorney General is not the proper party to defend the merits of A.R.S. § 13-3732.  The Attorney General will provide notice to the President of the Arizona State Senate and the Speaker of the Arizona House of Representatives that local and county prosecutors are the proper entities to defend this statute.  The Attorney General will oppose any award of attorneys' fees or costs against him in any capacity given that he is not litigating the constitutionality of the statute, Plaintiffs have provided no basis to name him as a defendant, and Plaintiffs did not provide any notice or ask him for his position before filing this suit and preliminary injunction.

RESPECTFULLY SUBMITTED this 1st day of September, 2022.

MARK BRNOVICH
ATTORNEY GENERAL
/s/ *Brunn W. Roysden III*
Brunn W. Roysden III (State Bar No. 28698)
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-8958
Beau.Roysden@azag.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic Filing.

/s/ *Brunn W. Roysden III*

*Attorney for Defendant Mark Brnovich, in his official capacity as Arizona Attorney General*