RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: JOSEPH I. VIGIL (018677)
    JOSEPH J. BRANCO (031474)
    Deputy County Attorneys
    vigilj@mcao.maricopa.gov
    brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-7667
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorney for Defendants' Rachel Mitchell and Paul Penzone

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Broadcasters Association, an Arizona nonprofit corporation; American Civil Liberties Union of Arizona, an Arizona nonprofit corporation; Arizona Newspapers Association, and Arizona nonprofit corporation; Fox Television Stations, LLC, a Delaware limited liability company Gray Media Group, Inc., a Delaware corporation d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV, a division of Multimedia Holdings Corp., a South Carolina corporation; NBCUniveral Media, LLC, a Delaware limited liability company; National Press Photographers Association, a New York nonprofit corporation; Phoenix Newspapers, Inc., an Arizona corporation; Scripps Media, Inc., and Ohio corporation, d/b/a KGUN-TV and d/b/a KNXV-TV and States Newsroom/Arizona Mirror, a District of Columbia nonprofit corporation;<br><br>Plaintiff,<br><br>v.<br><br>Mark Brnovich, in his official capacity as Attorney General for the State of Arizona; | **NO. CV 22-01431-PHX-(JJT)**<br><br>**MARICOPA COUNTY ATTORNEY RACHEL MITCHELL'S AND MARICOPA COUNTY SHERIFF PAUL PENZONE'S NOTICE ASSERTING THEIR STATUS AS NOMINAL DEFENDANTS** |

1

Rachel Mitchell, in her official capacity as Maricopa County Attorney; and Paul Penzone, in his official capacity as Maricopa County Sheriff;

        Defendants.

Maricopa County Attorney Rachel Mitchell and Maricopa County Sheriff Penzone assert that their status as Defendants in this lawsuit are purely as relief or nominal Defendants. Neither County Attorney Mitchell nor Sheriff Penzone were involved in the passage of the statute at issue, nor is there any allegation in the complaint indicating that these defendants have enforced or threatened to enforce the challenged statute.  Rather, it appears they were named strictly to be representative of the numerous prosecuting and law enforcement agencies throughout the state.

Because of this position, County Attorney Mitchell and Sheriff Penzone notify the Court and parties that they take no position as it pertains to Plaintiff's Application for Preliminary Injunctive Relief.

Further, neither will be defending this lawsuit on the merits nor will they take a position on the constitutionality of the statute being challenged by the Plaintiffs.

**RESPECTFULLY SUBMITTED** this 2nd day of September, 2022.

                RACHEL H. MITCHELL
                MARICOPA COUNTY ATTORNEY

                BY: /s/ *Joseph I. Vigil*
                      JOSEPH I. VIGIL
                      JOSEPH J. BRANCO
                      Deputy County Attorneys
                      *Attorneys for Defendants Rachel Mitchell and Paul Penzone*

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable John J. Tuchi
United States District Court
**Sandra Day O'Connor U.S. Courthouse, Suite 525**
401 West Washington Street, SPC 83
Phoenix, AZ  85003-2153

David J. Bodney (006065)
bodneyd@ballardspahr.com
Matthew E. Kelley (037353)
kellym@ballardspahr.com
Kennison Lay (037098)
layk@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
*Attorneys for Plaintiffs, Arizona Broadcasters Association, Arizona Newspapers Association, Fox Television Stations, LLC, Gray Media Group, Inc., d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV, a division of Multimedia Holdings Corp., NBCUniveral Media, LLC; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV and States Newsroom/Arizona Mirror*

Jared G. Keenan
Benjamin Rundall
K.M. Bell
American Civil Liberties Union Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
jkeenan@acluaz.org
brundall@acluaz.org
kmbell@acluaz.org
*Attorneys for Plaintiff ACLU of Arizona*

*/s/ D. Shinabarger*

S:\CIVIL\CIV\Matters\GN\2022\AZ Broadcasters v. Brnovich 2022-2667\Pleadings\Notice re Status of Defendants 09022022 (Final) .docx