# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, *et al.*, | No. CV-22-01431-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, *et al.*, | |
| Defendants. | |

At issue is the Motion for Leave to file Amicus Brief (Doc. 30) filed by Central Arizona NLG, Southern Arizona NLG, Mass Liberation AZ, Poder in Action, and Electronic Frontier Foundation ("Amicus Parties"). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion for Leave to file Amicus Brief (Doc. 30).

**IT IS FURTHER ORDERED** that the Amicus Parties shall file their Amicus Brief on the docket by 5:00 PM on September 7, 2022.

Dated this 6th day of September, 2022.

Honorable John J. Tuchi
United States District Judge