# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, *et al.*, | No. CV-22-01431-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, *et al.*, | |
| Defendants. | |

The Court previously set a hearing on Friday September 9, 2022, at 9:00 AM in Courtroom 505, 401 W. Washington Street, Phoenix, AZ, on Plaintiffs' Application for Preliminary Injunction (PI) in this matter. (Doc. 35).

**IT IS ORDERED** that counsel for parties who either have declared they take no position with respect to the issuance of the PI or do not oppose its issuance should still plan to attend the September 9th hearing. The Court will have inquiries for all parties' counsel regarding the matter beyond any PI-related issues.

Dated this 6th day of September, 2022.

Honorable John J. Tuchi
United States District Judge