# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, *et al.*, <br> Plaintiffs, <br> v. <br> Mark Brnovich, *et al.*, <br> Defendants. | No. CV-22-01431-PHX-JJT <br> **ORDER** |

At issue is "The Associated Press' Motion for Leave to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Doc. 24)" (Doc. 36). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting "The Associated Press' Motion for Leave to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Doc. 24)" (Doc. 36).

**IT IS FURTHER ORDERED** that the Associated Press shall file their Amicus Brief on the docket by 5:00 PM on September 8, 2022.

Dated this 8th day of September, 2022.

Honorable John J. Tuchi
United States District Judge