| | |
|---|---|
| David J. Bodney (006065)<br>bodneyd@ballardspahr.com<br>Matthew E. Kelley (037353)<br>kelleym@ballardspahr.com<br>Kennison Lay (037098)<br>layk@ballardspahr.com<br>BALLARD SPAHR LLP<br>1 East Washington Street, Suite 2300<br>Phoenix, AZ 85004-2555<br>Telephone:  602.798.5400<br>Facsimile:    602.798.5595 | Jared G. Keenan (027068)<br>Benjamin Rundall (031661)<br>K. M. Bell (037611)<br>America Civil Liberties Union Foundation of Arizona<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>Telephone: (602) 650-1854<br>jkeenan@acluaz.org<br>brundall@acluaz.org<br>kmbell@acluaz.org |
| *Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV Channel 12, a division of Multimedia Holdings Corp.; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV; States Newsroom/Arizona Mirror; and Telemundo of Arizona LLC* | Esha Bhandari<br>Vera Eidelman<br>Shreya Tewari<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: (212) 549-2500<br>veidelman@aclu.org<br>ebhandari@aclu.org<br>stewari@aclu.org<br><br>*Attorneys for Plaintiff ACLU of Arizona* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Mark Brnovich, in his official capacity as Attorney General for the State of Arizona, et al.,<br><br>        Defendants. | CV-22-1431-PHX-JJT<br><br>**PARTIES' JOINT REQUEST FOR STATUS CONFERENCE** |

At the hearing on Plaintiffs' Motion for a Preliminary Injunction on September 9, 2022, Defendants did not oppose entry of the Preliminary Injunction, which this Court issued, and asserted that they did not intend to defend this matter on the merits.  This Court set a deadline of 5:00 p.m.

on September 16, 2022, for any interested party to move to intervene in this case to defend on the merits. None chose to do so. The Parties agree that no discovery is necessary in this case as this is a facial constitutional challenge to a statute and there are no material facts in dispute. Defendant Brnovich has no objection to converting the preliminary injunction hearing to trial on the merits under Rule 65. Plaintiffs, however, have concerns that their request for a declaratory judgment may require an Answer so that judgement can be issued on the pleadings under Rule 12(c).

The Parties respectfully request that this Court set a status conference or telephonic status conference for further discussion on how to proceed in this matter.

Dated this 28th of September, 2022.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA

By:*/s/ K.M. Bell*
K. M. Bell
Jared G. Keenan
Benjamin Rundall
3707 North 7th Street, Suite 235
Phoenix, AZ 85014

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
By: */s/ Esha Bhandari*
Esha Bhandari
Vera Eidelman
Shreya Tewari
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Attorneys for Plaintiff American Civil Liberties Union of Arizona*

BALLARD SPAHR LLP
By: */s/ Matthew E. Kelley*
David J. Bodney
Matthew E. Kelley
Kennison Lay
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

*Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV Channel 12, a division of Multimedia Holdings Corp.; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV; States Newsroom/Arizona Mirror; and Telemundo of Arizona LLC*

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/ Joseph I. Vigil (with permission)*
    JOSEPH I. VIGIL
    JOSEPH J. BRANCO
    Deputy County Attorneys

*Attorneys for (Nominal/Relief) Defendants Rachel Mitchell and Paul Penzone*

MARC BRNOVICH
ATTORNEY GENERAL

BY: */s/ Brunn W. Roysden III (with permission)*
    BRUNN W. ROYSDEN III
    Assistant Attorney General
    2005 N. Central Ave.
    Phoenix, Arizona 85004
    (602) 542-8958
    Beau.Roysden@azag.gov

*Attorneys for Defendant Attorney General*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *K. M. Bell*
K. M. Bell