# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, *et al.*, | No. CV-22-01431-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, *et al.*, | |
| Defendants. | |

Pursuant to the Parties' Joint Request for Status Conference (Doc. 45),

**IT IS HEREBY ORDERED** granting the Parties' Joint Request for Status Conference (Doc. 45).

**IT IS FURTHER ORDERED** setting a telephonic[1] status conference on **October 20, 2022**, at **10:00 AM** (Arizona time) in Courtroom 505, 401 W. Washington Street, Phoenix, AZ  85003 before Judge John J. Tuchi.

Dated this 7th day of October, 2022.

Honorable John J. Tuchi
United States District Judge

---

[1] Since the outset of the COVID-19 pandemic, civil hearings before Judge Tuchi are being held telephonically. Counsel or self-represented parties have the option to appear in person. Chambers will e-mail counsel and self-represented parties call-in information, at which time they can inform the Court via reply e-mail if they will appear in person or telephonically.