1  MARK BRNOVICH
2  ATTORNEY GENERAL
   Robert J. Makar (State Bar No. 33579)
3  Assistant Attorney General
4  2005 N. Central Ave.
   Phoenix, Arizona 85004
5  (602) 542-3333
6  Robert.Makar@azag.gov

7

8               UNITED STATES DISTRICT COURT

9                    DISTRICT OF ARIZONA

10

11 | *Arizona Broadcasters Association, et al.*, | |
   |                        Plaintiff, | Case No: CV-22-01431-PHX-JJT |
12 | v. | |
13 | | **NOTICE OF APPEARANCE FOR** |
   | *Mark Brnovich, et al.*, | **DEFENDANT MARK BRNOVICH, IN** |
14 | | **HIS OFFICIAL CAPACITY AS** |
15 |                        Defendants. | **ATTORNEY GENERAL FOR THE** |
   | | **STATE OF ARIZONA** |
16

17        NOTICE IS HEREBY GIVEN THAT Robert J. Makar of the Arizona Attorney
18 General's Office enters his appearance as counsel of record for Mark Brnovich in his
19 Official Capacity as Attorney General of the State of Arizona.  Service of all
20 correspondence, motions, orders, and other papers should be directed to:
21        Robert J. Makar
          Office of the Arizona Attorney General
22        2005 N. Central Avenue
23        Phoenix, AZ  85004
          Telephone:  (602) 542-3333
24        Robert.Makar@azag.gov
25        ACL@azag.gov

26
27
28

1 RESPECTFULLY SUBMITTED this 7th day of October, 2022.

MARK BRNOVICH
ATTORNEY GENERAL
/s/ *Robert J. Makar*
Robert J. Makar (State Bar No. 33579)
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-8958
Robert.Makar@azag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, I electronically transmitted the foregoing Notice of Appearance to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: /s/ *Robert J. Makar*