Jared G. Keenan (027068)
Benjamin L. Rundall (031661)
K. M. Bell (037611)
American Civil Liberties
   Union Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Tel: (602) 650-1854
jkeenana@acluaz.org
brundall@acluaz.org
kmbell@acluaz.org

Esha Bhandari
Vera Eidelman
American Civil Liberties
   Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
ebhandari@aclu.org
veidelman@aclu.org

*Attorneys for Plaintiff ACLU of Arizona*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| ARIZONA BROADCASTERS ASSOCIATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARK BRNOVICH et al., <br><br> Defendants. | Case No. 2:22-cv-01431-JJT <br><br> **NOTICE OF ATTORNEY WITHDRAWAL** |

Pursuant to Local Rule 83.3, Plaintiff American Civil Liberties Union of Arizona respectfully request that the Court withdraw the appearance of Shreya Tewari as counsel for Plaintiff American Civil Liberties Union of Arizona in the above-captioned case. As of October

14, 2022, Ms. Tewari will have completed her fellowship and will no longer be an attorney with the American Civil Liberties Union Foundation. Ms. Tewari is not counsel of record in this matter, and thus her withdrawal will not require substitution of another attorney. Plaintiff will continue to be represented by attorneys with the American Civil Liberties Union Foundation and the American Civil Liberties Union Foundation of Arizona.

For the foregoing reasons, the undersigned respectfully requests that the Court enter an order granting counsel for Plaintiff leave to withdraw Shreya Tewari as counsel in this case.

Dated: October 14, 2022                    Respectfully submitted,

/s/*Shreya Tewari*
Shreya Tewari
American Civil Liberties
  Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
stewari@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2022, I electronically filed the foregoing document via the CM/ECF system for the U.S. District Court for the District of Arizona, which effects service upon on all registered parties.

Dated: October 14, 2022               /s/*Shreya Tewari*
                                                          Shreya Tewari