1  MARK BRNOVICH
2  ATTORNEY GENERAL
   Robert J. Makar (State Bar No. 33579)
3  Assistant Attorney General
4  2005 N. Central Ave.
   Phoenix, Arizona 85004
5  (602) 542-8958
6  Robert.Makar@azag.gov

7
   *Attorney for Defendant Mark Brnovich,*
8  *in his official capacity as Arizona*
   *Attorney General*
9

10              **UNITED STATES DISTRICT COURT**
11
                       **DISTRICT OF ARIZONA**
12

13  | *Arizona Broadcasters Association, et al.*, | |
14  | Plaintiff, | Case No: CV-22-01431-PHX-JJT |
15  | v. | |
16  | *Mark Brnovich, et al.*, | **NOTICE OF WITHDRAWAL OF COUNSEL (BRUNN W. ROYSDEN III)** |
17  | | |
18  | Defendants. | |

19      NOTICE IS HEREBY GIVEN that Brunn ("Beau") W. Roysden III, due to
20  his departure from the Arizona Attorney General's Office on October 7, 2022, is
21  withdrawing as counsel for Defendant Arizona Attorney General Mark Brnovich in this
22  matter. All other counsel for Defendant Arizona Attorney General Mark Brnovich will
23  remain the same.
24      The Clerk of the Court is requested to terminate Mr. Roysden as counsel for
25  Arizona Attorney General Mark Brnovich and discontinue sending him ECF notices in
26  this case.
27
28
                                    1

1  RESPECTFULLY SUBMITTED this 20th day of October, 2022.

MARK BRNOVICH
ATTORNEY GENERAL
/s/ *Robert J. Makar*
Robert J. Makar (State Bar No. 33579)
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-8958
Robert.Makar@azag.gov

*Attorney for Defendant Mark Brnovich, in his official capacity as Arizona Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

By: /s/ *Robert J. Makar*
*Attorney for Defendant Mark Brnovich, in his official capacity as Arizona Attorney General*