1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9  Arizona Broadcasters Association, et al., | **NO. CV-22-01431-PHX-JJT** |
| 10              Plaintiffs, | **CLERK'S ENTRY OF DEFAULT** |
| 11  v. | |
| 12  Mark Brnovich, et al., | |
| 13              Defendants. | |

14

15        Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon

16   application by the Plaintiff, default is hereby entered against Defendants Rachel Mitchell

17   and Paul Penzone.

18   DEFAULT ENTERED this 29th day of November, 2022.

19                                              Debra D. Lucas
                                                District Court Executive/Clerk of Court
20

21   November 29, 2022

22                                      By   s/ Rebecca Kobza
                                             Deputy Clerk
23
24
25
26
27
28