**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Robert J. Makar (No. 33579)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
Phone: (602) 542-3333
Robert.Makar@azag.gov
ACL@azag.gov

*Attorney for Defendants*
*Attorney General Kristin K. Mayes*
*and State of Arizona*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| *Arizona Broadcasters Association, et al.*, <br>                    Plaintiff, <br> v. <br><br> *Kristin K. Mayes, et al.*, <br><br>                    Defendants. | Case No: CV-22-01431-PHX-JJT <br><br> **NOTICE OF SUBSTITUTION OF PUBLIC OFFICER** |

Pursuant to Federal Rules of Civil Procedure 25(d), Defendant Kristen K. Mayes, in her official capacity as Arizona Attorney General, ("Arizona Attorney General") is automatically substituted for Mark Brnovich, in his official capacity as Arizona Attorney General, in the above-captioned matter.

The Arizona Attorney General respectfully requests that the Court amend the caption to reflect this automatic substitution of public officer.

RESPECTFULLY SUBMITTED this 15th day of March, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By: */s/ Robert J. Makar*

   Robert J. Makar (No. 33579)
   Office of the Arizona Attorney General
   2005 N. Central Ave.
   Phoenix, Arizona 85004
   Telephone: (602) 542-3333
   Robert.Makar@azag.gov
   ACL@azag.gov

*Attorneys for Defendants*
*Attorney General Kristin K. Mayes*
*and State of Arizona*