# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, *et al.*, | No. CV-22-01431-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristin K. Mayes, *et al.*, | |
| Defendants. | |

The Court's review of the docket reveals that Plaintiffs' Motion for Judgment on the Pleadings (Doc. 54) against Defendant Kristin K. Mayes, who is named in her official capacity as Arizona Attorney General,[1] is now fully briefed and ripe for resolution.[2] Before it begins expending judicial resources to analyze the merits of Plaintiffs' Motion and Defendant's Response in opposition thereto, the Court would benefit from a status update from the relevant parties. Accordingly,

**IT IS ORDERED** that counsel for Plaintiffs and Defendant Mayes shall meet and confer and file a status report by **April 21, 2023** at **5:00 p.m.** (Arizona time).

Dated this 11th day of April, 2023.

Honorable John J. Tuchi
United States District Judge

---

[1] On March 15, 2023, a Notice of Substitution of Public Officer (Doc. 59) was filed automatically substituting Defendant Mayes for prior Attorney General Mark Brnovich.

[2] Also pending before the Court is Plaintiffs' Motion for Default Judgment (Doc. 56) against Defendants Rachel Mitchell and Paul Penzone, who are named in their official capacities as Maricopa County Attorney and Maricopa County Sheriff, respectively. The Court will resolve Plaintiffs' Motion for Default Judgment in due course.