David J. Bodney (006065)
bodneyd@ballardspahr.com
Matthew E. Kelley (037353)
kelleym@ballardspahr.com
Kennison Lay (037098)
layk@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV Channel 12, a division of Multimedia Holdings Corp.; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV; States Newsroom/Arizona Mirror; and Telemundo of Arizona LLC*

Jared G. Keenan (027068)
Benjamin Rundall (031661)
K. M. Bell (037611)
America Civil Liberties Union Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org
brundall@acluaz.org
kmbell@acluaz.org

Esha Bhandari
Vera Eidelman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
veidelman@aclu.org
ebhandari@aclu.org

*Attorneys for Plaintiff ACLU of Arizona*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, *et al.*, <br><br> Plaintiffs. <br><br> v. <br><br> Kris Mayes, in her official capacity as Attorney General for the State of Arizona, *et al.*, <br><br> Defendants. | **CV-22-1431-PHX-JJT** <br><br><br> **JOINT STATUS REPORT** |

On April 11, 2023, this Court entered an Order requiring Plaintiffs and the Attorney General to meet and confer, and to file a Joint Status Report by 5:00 pm on April 21, 2023. The undersigned parties wish to inform the Court that they have met and conferred and are endeavoring to enter into an agreement or resolution that would terminate the merits portion of the case. They expect this to be completed by May 12, 2023. The parties are also discussing the issue of attorneys' fees, which they hope to resolve in the next several weeks.

Dated this 21st day of April, 2023.

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA

By: /s/K.M.Bell
   K. M. Bell
   Jared G. Keenan
   Benjamin Rundall
   3707 North 7th Street, Suite 235
   Phoenix, AZ 85014

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

   Esha Bhandari
   Vera Eidelman
   American Civil Liberties Union Foundation
   125 Broad Street, 18th Floor
   New York, NY 10004

*Attorneys for Plaintiff American Civil Liberties Union of Arizona*

BALLARD SPAHR LLP

By: /s/ *Matthew E. Kelley (with permission)*
   David J. Bodney
   Matthew E. Kelley
   Kennison Lay
   1 East Washington Street, Suite 2300
   Phoenix, AZ 85004-2555

2

*Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV Channel 12, a division of Multimedia Holdings Corp.; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV; States Newsroom/Arizona Mirror; and Telemundo of Arizona LLC*

KRIS MAYES
ATTORNEY GENERAL

By: /s/ *Hayleigh Crawford (with permission*)
    Hayleigh Crawford
    *Assistant Attorney General*
    2005 N. Central Avenue
    Phoenix, Arizona 85004
    Hayleigh.Crawford@azag.gov

*Attorney for Kris Mayes, Arizona Attorney General*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

/s/K.M. Bell
K. M. Bell