| | |
|---|---|
| David J. Bodney (006065) | Jared G. Keenan (027068) |
| bodneyd@ballardspahr.com | K. M. Bell (037611) |
| Matthew E. Kelley (037353) | America Civil Liberties Union Foundation |
| kelleym@ballardspahr.com | of Arizona |
| Kennison Lay (037098) | 3707 North 7th Street, Suite 235 |
| layk@ballardspahr.com | Phoenix, AZ 85014 |
| BALLARD SPAHR LLP | Telephone: (602) 650-1854 |
| 1 East Washington Street, Suite 2300 | jkeenan@acluaz.org |
| Phoenix, AZ 85004-2555 | kmbell@acluaz.org |
| Telephone:  602.798.5400 | |
| Facsimile:   602.798.5595 | Esha Bhandari |
| | Vera Eidelman |
| *Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV Channel 12, a division of Multimedia Holdings Corp.; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV; States Newsroom/Arizona Mirror; and Telemundo of Arizona LLC* | American Civil Liberties Union Foundation |
| | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | Telephone: (212) 549-2500 |
| | veidelman@aclu.org |
| | ebhandari@aclu.org |
| | |
| | *Attorneys for Plaintiff ACLU of Arizona* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, *et al.*, | **CV-22-1431-PHX-JJT** |
| Plaintiffs. | |
| | **NOTICE OF WITHDRAWL OF COUNSEL FOR PLAINTIFFS** |
| v. | |
| Kris Mayes, in her official capacity as Attorney General for the State of Arizona, *et al.*, | |
| Defendants. | |

Pursuant to L.R. Civ. 83.3(b), notice is hereby given that Benjamin L. Rundall is no longer an attorney with the ACLU Foundation of Arizona and as such, no longer counsel for the Plaintiffs in this case. No substitution of counsel is necessary because the Plaintiffs continue to be represented by other attorneys of record at the ACLU Foundation of Arizona whose names appear in the below signature block and additional co-counsel of record for the Plaintiffs.

Dated this 5th day of June, 2023.

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA

By: /s/ Jared G. Keenan
    Jared G. Keenan
    K. M. Bell

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    Esha Bhandari
    Vera Eidelman

*Attorneys for Plaintiff American Civil Liberties Union of Arizona*

BALLARD SPAHR LLP

By: /s/ Matthew E. Kelley (with permission)
    David J. Bodney
    Matthew E. Kelley
    Kennison Lay

*Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV Channel 12, a division of Multimedia Holdings Corp.; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV; States Newsroom/Arizona Mirror; and Telemundo of Arizona LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

<u>/s/Jared G. Keenan</u>
Jared G. Keenan