IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, *et al.*, | No. CV-22-01431-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Brnovich, *et al.*, | |
| Defendants. | |

In their April 21, 2023 Status Report, Plaintiffs and the Arizona Attorney General advised they were "endeavoring to enter into an agreement or resolution that would terminate the merits portion of the case" and that they "expect this to be completed by May 12, 2023." (Doc. 62). The parties have been silent since.

**IT IS ORDERED** directing Plaintiffs and the Attorney General to meet, confer and file a Joint Status Report by **June 23, 2023**.

Dated this 16th day of June, 2023.

Honorable John J. Tuchi
United States District Judge