**KRIS MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Hayleigh S. Crawford (No. 32326)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
ACL@azag.gov

*Attorney for Defendants*
*Attorney General Kris Mayes*
*and State of Arizona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, et al., <br><br> Plaintiff, <br><br> v. <br><br> Kristin K. Mayes, et al., <br><br> Defendants. | Case No: CV-22-01431-PHX-JJT <br><br> **JOINT STATUS REPORT** <br><br> (Assigned to the Hon. J. John Tuchi) |

In accordance with the Court's order dated June 16, 2023 (Doc. 64), the parties provide the following Joint Status Report.

Since filing the last Joint Status Report, the Plaintiffs and the Attorney General have been engaged in negotiations for a potential stipulated resolution of this case. On Wednesday, June 21, 2023, counsel for Plaintiffs and for the Attorney General reached agreement on a proposed resolution, subject to approval by the Attorney General. The

Attorney General's Office anticipates that such approval will be forthcoming within the next two weeks, at which time the parties will submit the proposed resolution to this Court for approval.

RESPECTFULLY SUBMITTED this 22nd day of June, 2023.

**KRIS MAYES**
**ATTORNEY GENERAL**

By: */s/* Hayleigh S. Crawford

Hayleigh S. Crawford
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Hayleigh.Crawford@azag.gov
ACL@azag.gov

*Attorneys for Defendants*
*Attorney General Kris Mayes*
*and State of Arizona*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA**

By: */s/* K.M. Bell (with permission)

K. M. Bell
Jared G. Keenan
3707 North 7th Street, Suite 235
Phoenix, AZ 85014

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Esha Bhandari
Vera Eidelman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Attorneys for Plaintiff American Civil*
*Liberties Union of Arizona*

**BALLARD SPAHR LLP**

By: /s/ Matthew E. Kelley (with permission)

    David J. Bodney
    Matthew E. Kelley
    Kennison Lay
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555

*Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV Channel 12, a division of Multimedia Holdings Corp.; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV; States Newsroom/Arizona Mirror; and Telemundo of Arizona LLC*