David J. Bodney (006065)
bodneyd@ballardspahr.com
Matthew E. Kelley (037353)
kelleym@ballardspahr.com
Kennison Lay (037098)
layk@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595

*Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV Channel 12, a division of Multimedia Holdings Corp.; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV; States Newsroom/Arizona Mirror; and Telemundo of Arizona LLC*

Jared G. Keenan (027068)
K. M. Bell (037611)
American Civil Liberties Union
Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org
kmbell@acluaz.org

Esha Bhandari
Vera Eidelman
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
veidelman@aclu.org
ebhandari@aclu.org

*Attorneys for Plaintiff ACLU of Arizona*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, et al., <br><br>Plaintiff,<br>v.<br><br>Kris Mayes, et al.,<br><br>Defendants. | Case No: CV-22-01431-PHX-JJT<br><br>**JOINT STIPULATION REGARDING ATTORNEYS' FEES AND COSTS**<br><br>(Assigned to the Hon. J. John Tuchi) |

| | |
|---|---|
| 1 | Plaintiffs and Defendant Kris Mayes, in her official capacity of Attorney General for the State of Arizona, having agreed to entry of an agreed order granting Plaintiffs' requests for a declaratory judgment of unconstitutionality and permanent injunction against enforcement of the statute known as HB2319, hereby enter into this joint stipulation regarding attorneys' fees and costs. Pursuant to 42 U.S.C. § 1988(b), in an action such as this one involving claims under 42 U.S.C. § 1983, prevailing plaintiffs may be awarded their reasonable attorneys' fees and costs. |

Plaintiffs and Defendant Kris Mayes, in her official capacity of Attorney General for the State of Arizona, having agreed to entry of an agreed order granting Plaintiffs' requests for a declaratory judgment of unconstitutionality and permanent injunction against enforcement of the statute known as HB2319, hereby enter into this joint stipulation regarding attorneys' fees and costs. Pursuant to 42 U.S.C. § 1988(b), in an action such as this one involving claims under 42 U.S.C. § 1983, prevailing plaintiffs may be awarded their reasonable attorneys' fees and costs.

In full settlement of any and all claims for attorneys' fees and costs in this action, the Office of the Arizona Attorney General, on behalf of Defendant Kris Mayes, in her official capacity, agrees to pay Plaintiffs the total sum of $69,000.00 at the conclusion of this litigation. Of that total, $23,000.00 shall be paid to Plaintiff ACLU of Arizona and $46,000 shall be paid to the News Media Plaintiffs in care of their attorneys, Ballard Spahr LLP.

By entering into this Stipulation, Defendant does not admit that Plaintiffs are entitled to an award of attorneys' fees and costs, and Plaintiffs do not admit that, were this issue to be litigated, their entitlement to an award of fees and costs would be limited to the agreed amount herein. Rather, this Stipulation is entered into solely to compromise and settle a disputed claim.

A proposed form of order accompanies this Stipulation.

///
///
///
///
///
///
///
///
////

RESPECTFULLY SUBMITTED this 12th day of July, 2023.

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA**

By: */s/ K.M. Bell*

K. M. Bell
Jared G. Keenan
3707 North 7th Street, Suite 235
Phoenix, AZ 85014

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Esha Bhandari
Vera Eidelman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Attorneys for Plaintiff American Civil Liberties Union of Arizona*

**BALLARD SPAHR LLP**

By: */s/ Matthew E. Kelley*

David J. Bodney
Matthew E. Kelley
Kennison Lay
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

*Attorneys for Plaintiffs Arizona Broadcasters Association; Arizona Newspapers Association; Fox Television Stations, LLC; Gray Media Group, Inc. d/b/a KTVK-KPHO and d/b/a KOLD; KPNX-TV Channel 12, a division of Multimedia Holdings Corp.; National Press Photographers Association; Phoenix Newspapers, Inc.; Scripps Media, Inc. d/b/a KGUN-TV and d/b/a KNXV-TV; States Newsroom/Arizona Mirror; and Telemundo of Arizona LLC*

**KRIS MAYES**
**ATTORNEY GENERAL**

By: */s/* Hayleigh S. Crawford (by permission)

    Hayleigh S. Crawford
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, Arizona 85004
    Telephone: (602) 542-3333
    Hayleigh.Crawford@azag.gov
    ACL@azag.gov

*Attorneys for Defendant*
*Arizona Attorney General Kris Mayes*