# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Broadcasters Association, et al., | No. CV-22-1431-PHX-JJT |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| Kris Mayes, et al., | |
| Defendants. | |

Upon stipulation of the parties and good cause shown,

**IT IS ORDERED** as follows:

Defendant Kris Mayes, in her official capacity of Attorney General for the State of Arizona, shall pay Plaintiffs the total sum of $69,000.00 at the conclusion of this litigation. Of that total, $23,000.00 shall be paid to Plaintiff ACLU of Arizona and $46,000 shall be paid to the News Media Plaintiffs in care of their attorneys, Ballard Spahr LLP. Such payment shall be in full settlement of any claims by Plaintiffs for attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**